# Exhibit 8



**Christmas Tree Shops Lemon / Lime Saver**



**Hutzler U.S. Patent No. D553,443 Figure 1**



**Christmas Tree Shops Lemon / Lime Saver**



**Hutzler Lemon / Lime Saver**

2



**Christmas Tree Shops Lemon / Lime Saver**



**Hutzler U.S. Patent No. D553,443 Figure 2**

3



**Christmas Tree Shops
Lemon / Lime Saver**



**Hutzler
Lemon / Lime Saver**

4



**Christmas Tree Shops Lemon / Lime Saver**



**Hutzler U.S. Patent No. D553,443 Figure 3**

5



**Christmas Tree Shops Lemon / Lime Saver**



**Hutzler U.S. Patent Lemon / Lime Saver**

6