# Exhibit 9



**Christmas Tree Shops Onion Saver**



**Hutzler U.S. Patent No. D538,114 Figure 1**



**Christmas Tree Shops Onion Saver**



**Hutzler Onion Saver**

2



Christmas Tree Shops Onion Saver



Hutzler U.S. Patent No. D538,114 Figure 2

3



**Christmas Tree Shops Onion Saver**



**Hutzler Onion Saver**

4



**Christmas Tree Shops Onion Saver**



**Hutzler U.S. Patent No. D538,114 Figure 3**

5



**Christmas Tree Shops Onion Saver**



**Hutzler Onion Saver**

6