# Exhibit 10



**Christmas Tree Shops Tomato Saver**



**Hutzler U.S. Patent No. D562,082 Figure 1**

1



**Christmas Tree Shops Tomato Saver**



**Hutzler Tomato Saver**

2



**Christmas Tree Shops Tomato Saver**



**Hutzler U.S. Patent No. D562,082 Figure 2**



**Christmas Tree Shops Tomato Saver**



**Hutzler Tomato Saver**

4



**Christmas Tree Shops Tomato Saver**



**Hutzler U.S. Patent No. D562,082 Figure 3**

5



**Christmas Tree Shops Tomato Saver**



**Hutzler U.S. Patent No. D562,082 Figure 4**



**Christmas Tree Shops Tomato Saver**



**Hutzler U.S. Patent No. D562,082 Figure 5**

7



**Christmas Tree Shops Tomato Saver**



**Hutzler Tomato Saver**

8



**Christmas Tree Shops Tomato Saver**



**Hutzler Tomato Saver**

9



**Christmas Tree Shops Tomato Saver**



**Hutzler Tomato Saver**

10



**Christmas Tree Shops Tomato Saver**



**Hutzler U.S. Patent No. D562,082 Figure 6**

11



**Christmas Tree Shops Tomato Saver**



**Hutzler Tomato Saver**

12