# Exhibit 11



**Christmas Tree Shops Garlic Saver**



**Hutzler U.S. Patent No. D592,463 Figure 1**

1



**Christmas Tree Shops Garlic Saver**



**Hutzler Garlic Saver**

2



**Christmas Tree Shops Garlic Saver**



**Hutzler U.S. Patent No. D592,463 Figure 2**

3



**Christmas Tree Shops Garlic Saver**



**Hutzler Garlic Saver**

4



**Christmas Tree Shops Garlic Saver**



**Hutzler U.S. Patent No. D592,463 Figure 3**

5



**Christmas Tree Shops Garlic Saver**

**Hutzler U.S. Patent No. D592,463 Figure 4**

6



**Christmas Tree Shops Garlic Saver**



**Hutzler Garlic Saver**

7



**Christmas Tree Shops Garlic Saver**



**Hutzler Garlic Saver**

8



**Christmas Tree Shops Garlic Saver**



**Hutzler U.S. Patent No. D592,463 Figure 5**



**Christmas Tree Shops Garlic Saver**



**Hutzler U.S. Patent No. D592,463 Figure 6**

10



**Christmas Tree Shops Garlic Saver**



**Hutzler Garlic Saver**

11



**Christmas Tree Shops Garlic Saver**



**Hutzler Garlic Saver**

12



**Christmas Tree Shops Garlic Saver**



**Hutzler U.S. Patent No. D592,463 Figure 7**

13



**Christmas Tree Shops Garlic Saver**



**Hutzler Garlic Saver**

14





**Christmas Tree Shops Garlic Saver**

**Hutzler U.S. Patent No. D592,463 Figure 8**

15



**Christmas Tree Shops Garlic Saver**



**Hutzler Garlic Saver**

16